UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JOHN W. MANN

           Plaintiff,

v.

NATIONSTAR MORTGAGE; et al.,

           Defendants.

2:12-cv-1077-LRH-RJJ

<u>ORDER</u>

      Before the court is defendant First American Trustee Servicing Solution, LLC's ("First American") motion for clarification. Doc. #68. First American seeks clarification of an order from the court requesting First American to file an answer to the underlying complaint (Doc. #66) when the underlying action had already been dismissed. That part of the court's order was in error as First American had already been dismissed. No answer is due at this time as this action is closed.

      IT IS THEREFORE ORDERED that defendants' motion for clarification (Doc. #68) is GRANTED and CLARIFIED in accordance with this order.

      IT IS SO ORDERED.

      DATED this 2nd day of February, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE