# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN W. MANN,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, et al.<br><br>　　　　　　　　Defendants. | Case No.:　　2:12-cv-01077-LRH-RJJ<br>(removed from EJDC A-12-662137-C)<br><br>**ORDER GRANTING NATIONSTAR MORTGAGE LLC'S MOTION TO EXPUNGE LIS PENDENS** |

On October 8, 2019, Defendant Nationstar Mortgage LLC (**Nationstar**) filed a motion to expunge lis pendens. Having examined Nationstar's motion and reviewed the record, and for good cause showing,

**IT IS HEREBY ORDERED** that Nationstar's motion to expunge lis pendens is granted, and the subject Lis Pendens recorded on May 29, 2012, as instrument number 201205290001616 in the official records of Clark County, Nevada is cancelled, which cancellation has the same effect as an expungement of the original notice.

**IT IS SO ORDERED.**

DATED this 4th day of November, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE